1
2
3
4
5
6
7

JS-6

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   CALVIN LEONARD SHARP JR.,            Case No.  2:21-CV-08846 GW (KES)

12                 Petitioner,

13          v.                            **JUDGMENT**

14   KEN CLARK, Warden,

15                 Respondent.

16

17

18        Pursuant to the Court's Order Summarily Dismissing Petition for Writ of

19   Habeas Corpus for Lack of Subject Matter Jurisdiction,

20        IT IS ADJUDGED that the Petition is dismissed without prejudice.

21

22   DATED:  December 3, 2021

23

24   _____

25                    GEORGE H. WU
                     UNITED STATES DISTRICT JUDGE
26

27

28